# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00505-CV

**In re Robert Francis O'Rourke**

---

### ORIGINAL PROCEEDING FROM SAN SABA COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

---

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith
  Dissenting Opinion by Justice Triana

Filed: September 20, 2022